Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| DAVID P. DEMAREST, an individual, PLAINTIFF | Notice of Appeal<br>CASE NO: 2:21-cv-167-wks |
| v. | (42 U.S.C. § 1983)<br>(42 U.S.C. § 1983 Monell) |
| TOWN OF UNDERHILL,<br>a municipality and charter town,<br>SELECTBOARD CHAIR<br>DANIEL STEINBAUER, as an<br>individual and in official capacity, et. al. | |

### Notice Of Appeal

Notice is hereby given that Plaintiff David Demarest hereby appeal to the United States Court of Appeals for the Second Circuit from OPINION AND ORDER entered in on the 29th day of March, 2022 as it pertains to *Dismissal with Prejudice* of meritorious claims against the following Municipal Defendants: Town of Underhill, Daniel Steinbauer, Bob Stone, Dick Albertini, Seth Friedman, Marcy Gibson, Rick Heh, Brad Holden, Anton Kelsey, Karen McKnight, Nancy McRae, Steve Owens, Clifford Peterson, Patricia Sabalis, Cynthia Seybolt, Trevor Squirrell, Rita St. Germain, Daphne Tanis, Walter "Ted" Tedford, Steve Walkerman, and Mike Weisel.

Respectfully submitted this 27th Day of April, 2022.

By: /s/: David Demarest
David P Demarest, *Pro Se*
P.O. Box 144
Underhill, VT 05489
(802) 363-9962
david@vermontmushrooms.com